■ In the Matter of INWOOD TOWER, INC. (11 FORT GEORGE HILL),

Appellant, v FINANCE ADMINISTRATION OF THE CITY OF NEW YORK et al., Respondents.—Judgment, Supreme Court, New York County, entered on September 12, 1978, unanimously affirmed, without costs and without disbursements. The assessment is presumptively correct and the petitioner has failed to rebut that presumption. Concur—Kupferman, J. P., Sandler, Sullivan, Bloom and Silverman, JJ.